**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 95-50831**
**Summary Calendar**

**ALICIA COMADURAN,**

**Plaintiff-Appellant,**

**VERSUS**

**UNIVERSITY OF TEXAS AT EL PASO;**
**WILLIAM FURLONG,**

**Defendants-Appellees.**

Appeal from the United States District Court
For the Western District of Texas
(EP-95-CV-13)

June 21, 1996

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

We have carefully reviewed the briefs, the record excerpts and relevant portions of the record itself.  For the reasons stated by the district court in its Order filed September 5, 1995, we affirm the final judgment filed under date of September 5, 1995, in favor

---

[*]Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

of the defendants.

**AFFIRMED.**